UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA | ) | |

ORDER

The Court is in receipt of a pro se letter from Defendant Manila Vichitvongsa (Docket No. 195) requesting new counsel (Docket No. 195). The Court held a hearing on the request on August 16, 2012. At the hearing, Defendant withdrew his request for new counsel.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE