UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Pending before the Court Defendant Jessica Parker's Motion for Extension of Pre-Trial Motions Filing Deadline (Docket No. 218). The Motion is GRANTED.

The deadline for filing any pretrial motion is extended to November 15, 2012, for ALL Defendants.

The status conference currently scheduled for November 5, 2012, is RESCHEDULED for November 26, 2012, at 1:00 p.m.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE