UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Pending before the Court is Defendant Manila Vichitvongsa's Motion to Excuse Counsel's Presence from Status Conference (Docket No. 229) scheduled for November 5, 2012.

Pursuant to Order (Docket No. 219) entered October 2, 2012, the Motion is moot. The status conference was RESCHEDULED for November 26, 2012, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE