UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013-2 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

## ORDER

Pending before the Court is Defendant Nickless Whitson's Motion to Extend Deadline (Docket No. 233). The Motion is GRANTED.

The deadline for Defendant Whitson to file any pretrial motions is extended until the twenty-eighth day after he returns to this District.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE