UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Pending before the Court Defendant is Defendant Jatavius Sanders' First Unopposed Motion to Extend Deadline for Pretrial Motions (Docket No. 235). The Motion is DENIED. The pretrial motion deadline for all Defendants except Nickless Whitson remains unchanged. The circumstances regarding Defendant Whitson are unique to him. Any pretrial motions that are filed will be discussed at the status conference set for November 29, 2012, at 1:00 p.m. to prepare for the trial set for January 8, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE