UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

ORDER

Pending before the Court are the following motions: (1) Defendant Manila Vichitvongsa's Motion to Join and Adopt Defendant Angela Whitson's Motions for Pretrial Determination of Co-Conspirator's Statements and for Disclosure of Brady Material (Docket Numbers 236, 240) (Docket No. 245); (2) Jessica Parker's Motion to Join and Adopt Co-Defendant's Motions (Docket No. 248); (3) Jessica Parker's Motion for Daily Trial Transcript (Docket No. 257); and (4) Defendant Sanders' Motion for Joinder (Docket No. 258).

The above Motions (Docket Nos. 245, 248, 257, and 258) are GRANTED.

Also pending before the Court is Jatavius Sanders' Motion for Leave to File Additional Pretrial Motions if Necessary (Docket No. 259). The Motion is GRANTED on the following terms: Defendant Jatavius Sanders may file additional pretrial motions, if necessary, based on new facts or circumstances. In addition, nothing prevents Defendant Sanders from otherwise seeking leave of Court to file a specifically identified motion.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE