UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA | ) | |

## ORDER

Pending before the Court is Defendant Vichitvongsa's Motion For Extension Of Time In Which To File Case Specific Jury Instructions, Verdict Forms And Motions In Limine (Docket No. 286). Through the Motion, Defendant Vichitvongsa requests an extension of time for filing proposed jury instructions and verdict forms, as well as motions in limine because counsel has been out of the office following a death in his family.

The Motion is GRANTED as to Defendant Vichitvongsa only. Accordingly, Defendant Vichitvongsa shall have until December 17, 2012 in which to file proposed jury instructions and verdict forms, as well as motions in limine.

The Motion is GRANTED.

It is so ORDERED.

                                                                              _____
                                                                              TODD J. CAMPBELL
                                                                              UNITED STATES DISTRICT JUDGE