UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON, et al. | ) | |

### ORDER

Pending before the Court is Defendant Nickless Whitson's Motion to Extend Pre-Trial Motion Deadline (Docket No. 418). The Motion is GRANTED.

The deadline for filing pretrial motions is extended to June 3, 2013, for all parties.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE