UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00013 |
| ) | JUDGE CAMPBELL |
| NICKLESS WHITSON ) | |

ORDER

Pending before the Court is Defendant Nickless Whitson's Motion To Reconsider Trial Continuance (Docket No. 462). The Motion is DENIED, as the Court found it to be in the interests of justice to grant the continuance. (See Docket No. 441).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE