UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| MANILA VICHITVONGSA, et al. | ) | |

## ORDER

Pending before the Court is the Government's Motion For Additional Extension Of Time To Respond To Nickless Whitson Motion To Produce (Docket No. 468). Through the Motion, the Government requests an extension of time, until July 1, 2013, to file a response to Defendant's Motion To Produce (Docket No. 430). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE