UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013-2 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

Pending before the Court is a Request for Permission to File Reply (Docket No. 475).

The Request is GRANTED.

Defendant Nickless Whitson shall have until July 3, 2013 to file any reply to the Government's Response.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE