UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| JESSICA PARKER | ) | |

## ORDER

The sentencing hearing, currently set for September 9, 2013, at 9:00 a.m., is

RESCHEDULED for September 6, 2013, at 9:00 a.m. All other deadlines remain unchanged.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE